VIOLA DELAHANTY, Appellant, v. JOHN DELAHANTY, Respondent.— Order modifying previous order by reducing alimony therein awarded reversed upon the law and the facts, with ten dollars costs and disbursements, and matter remitted

to the Special Term for action upon the motion made by plaintiff to punish defendant for contempt. Plaintiff's motion has never been decided and defendant made no motion for the relief granted by the order appealed from. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.